# UNITED STATES DISTRICT COURT

EASTERN          DISTRICT OF          TEXAS

RONALD ACALDO, Individually and on
Behalf of All Others Similarly Situated
V.
PILGRIM'S PRIDE CORP., ET AL.

**NOTICE**

CASE NUMBER:  2:08-CV-419(TJW)

TYPE OF CASE

X  **CIVIL**          **CRIMINAL**

X  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>United States District Court<br>100 E. Houston Street<br>**MARSHALL, TX 75670** | ROOM NO.<br>Judge T. John Ward's Courtroom |
|---|---|
| | DATE AND TIME<br>**December 21, 2009 @ 1:45 p.m.** |

TYPE OF PROCEEDING

**HEARING ON MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT (Dkt. #46)**

**TAKE NOTICE** that a proceeding in this case has been RESET as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO DATE AND TIME |
|---|---|---|
| | | |

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

November 23, 2009                    Sonja H. Dupree
DATE                                 (BY) DEPUTY CLERK

TO:     ALL COUNSEL OF RECORD

## ACKNOWLEDGMENT

**NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 935-2295**, within three (3) days of your receipt of the enclosed notice.

_____

**I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty._____
                                                                                      Date

Print Name of Atty._____

Counsel for _____
                (Name of Party)

Type of Proceeding: _____
                      (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____